People v Ortiz (2021 NY Slip Op 50136(U))

[*1]

People v Ortiz (Fabian)

2021 NY Slip Op 50136(U) [70 Misc 3d 141(A)]

Decided on February 19, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on February 19, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Higgitt, Brigantti, JJ.

570524/16

The People of the State of New York,
Respondent,
against
Fabian Ortiz, Defendant-Appellant.

Defendant appeals from the judgment of the Criminal Court of the City of New York, New
York County (Felicia A. Mennin, J.), rendered June 29, 2016, convicting him, upon a plea of
guilty, of aggravated unlicensed operation of a motor vehicle in the third degree, and imposing
sentence.

Per Curiam.
Judgment of conviction (Felicia A. Mennin, J.), rendered June 29, 2016, affirmed. 
In view of defendant's knowing waiver of his right to prosecution by information, the
accusatory instrument only had to satisfy the reasonable cause requirement (see People v Dumay, 23 NY3d
518, 522 [2014]). The instrument, including the certified abstract of defendant's driving
record and certified proofs of mailing of prior notices of suspension of defendant's driver's
license, was sufficient to establish reasonable cause to believe that defendant operated a motor
vehicle on February 19, 2015, "while knowing or having reason to know" that his license was
suspended (Vehicle and Traffic Law § 511[1][a]; see People v Compres, 59 Misc 3d 140[A], 2018 NY Slip Op
50617[U][App Term, 1st Dept 2018], lv denied 31 NY3d 1115 [2018]; People v Gerado, 55 Misc 3d
127[A}, 2017 NY Slip Op 50344[U][App Term, 1st Dept 2017], lv denied 29 NY3d
1079 [2017]). Any alleged hearsay defect in the accusatory instrument was waived by defendant's
guilty plea (see People v Casey, 95 NY2d 354, 362-364 [2000]).
Defendant's present claim that he did not in fact receive the summonses or notices of
suspension was a matter to be raised at trial. "Having pleaded guilty to [aggravated unlicensed
operation of a motor vehicle in the third degree] on a jurisdictionally valid accusatory instrument,
defendant conceded every element of the offense" (People v Konieczny, 2 NY3d 569, 577 [2004]).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: February 19, 2021